969 A.2d 1176

Marianne Eugenia SCHIMELFENIG, Petitioner

v.

COMMONWEALTH of Pennsylvania, BOARD OF LAW EXAMINERS, Respondent.

No. 147 EM 2008.

Supreme Court of Pennsylvania.

March 31, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of March, 2009, the Petition for Review is **GRANTED.** The parties are directed to brief the following issues:

1) Whether, in the particular circumstances here, Petitioner should be deemed to have substantially complied with Pa.B.A.R. 204; and

2) If not, whether our present Rule 204, which conditions admission for an out-state-attorney on whether that attorney has either taken the bar examination or practiced law for the past five out of seven years in a state that allows Pennsylvania attorneys to be admitted reciprocally, should be reconsidered.

Justice McCAFFERY dissents.